UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-252 (KMM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Eric Marcel Turner, a/k/a "Xavier Thomas," | |
| Defendant. | |

Defendant Eric Marcel Turner has moved for disclosure of "the racial makeup of the venire" selected for his upcoming trial. ECF 120. The Court grants that motion, and will send the requested information to counsel via email. Specifically, the Court will send the data gathered by the Clerk of Court showing the self-identified racial makeup of the venire that will be used on Tuesday, February 18, 2025, to select Mr. Turner's jury.

The Court finds that disclosure of the requested information is appropriate pursuant to 28 U.S.C. § 1867(f), *United States v. Stanko*, 528 F.3d 581, 586-87 (8th Cir. 2008), and this district's Jury Plan, which is available on the District of Minnesota's website.[1] The information is submitted solely for use in preparing a motion challenging the composition of Mr. Turner's jury venire or the jury pool, and for responding to or deciding such a motion. The information may not be otherwise disclosed or disseminated absent further permission of the Court.

---

[1] *See* https://www.mnd.uscourts.gov/sites/mnd/files/Jury-Selection-Plan.pdf.

**IT IS SO ORDERED**.

Date: February 12, 2025

*s/Katherine Menendez*
Katherine Menendez
United States District Judge